**Order entered April 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00248-CV

**ESTATE OF SAMSON HADIS ALEMAYEHU, Appellant**

**V.**

**ROBERT D. HEMPHILL, Appellee**

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. 12-1377-3**

## ORDER

We **GRANT** the April 24, 2013 motion of Mona Richard, Official Court Reporter for Probate Court No. 3 of Dallas County, Texas, for an extension of time to file the reporter's record. The reporter's record shall be filed on or before May 24, 2013.

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE